FILED
IN CLERKS OFFICE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**CASE NO. 1:22-cv-12215-AK**

2023 MAR 30 PM 2:44
U.S. DISTRICT COURT
DISTRICT OF MASS.

GOTSPACE DATA LLC, OCEAN DEVELOPMENT PARTNERS, LLC, GOTSPACE DEVELOPMENT, LLC OCEAN DEVELOPMENT PARTNERS PRECINCT 1, LLC. OCEAN VACATION REALTY TRUST, NICHOLAS FIORILLO TRUSTEE, NICHOLAS FIORILLO, individually

Plaintiffs

NE EDGE, LLC, NSO GROUP TECHNOLOGIES LIMITED, APPLE INC., TRACK VIEW WESTBRIDGE TECHNOLOGIES, ALL OF US AT NORTH, LLC, ROUTE 44 DEVELOPMENT, LLC, VERDE GROUP LLC, GF FUNDING, LLC, RISING TIDES, LLC, STEIN FIBERS, LLC, S&Q DATA, LLC, S&J STORAGE BROS.LLC, CROWD LENDING, LLC, CITY OF BOSTON, BOSTON POLICE DEPARTMENT, MAYOR MICHELLE WU, individually, and as Mayor of the City of Boston; KEVIN HAYDEN, individually and as District Attorney of Suffolk County, BOSTON MUNICIPAL COURT OFFICER MICHAEL POWERS, DETECTIVE KARL DUGAL, individually and in their official capacity, KEVIN T. PETERS, RAYMOND C. GREEN, PETER SPITALNY, SAMUEL SPITALNY, THOMAS QUINN, GEORGE MCLAUGHLIN, DANIEL MCLAUGLIN, DANIEL NAJARIAN, NICHOLAS NESGOS, STUART BORNSTEIN, JEFFREY HELLMAN, BRIAN SHEEHAN, SHAWN TOWNSEND, ALFRED DEMIRJIAN JOHN DOES 1-22, JOHN DOES SELLER OF 1000ac. Of Connecticut Data Land to Plaintiffs 1-22,

Defendants

**POINTS OF AUTHORITY IN SUPPORT OF**
**NOTICE TO DISMISS WITHOUT PREJUDICE**

## INTRODUCTION

This is an action filed by corporate plaintiffs and an individual in his own stead and on their behalf, to hold defendants financially responsible for damages caused by racketeering activity. The named corporate and private defendants are part of an informal enterprise existed to carry out racketeering activities. The action enumerates predicate acts as independently listed, unlawful conduct which constitutes racketeering activity. Plaintiffs have established racketeering activity which constitute the key elements of a civil RICO lawsuit: 1) Proving that there was a pattern of illicit racketeering activity and 2) Proving that the racketeering activity occurred as part of an enterprise.

As a result of the difficulties plaintiffs have faced in the Massachusetts court system both State and Federal, the secret courts of Boston, within which plaintiffs have no remedy, redress and recourse, Plaintiffs have noticed voluntary dismissal without prejudice on terms and conditions pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The terms and conditions suggested herein by plaintiffs will permit plaintiffs to refile the action in light of the most recent actionable racketeering conduct by some of the defendants, not known to plaintiffs at the time of the original filing.

## BACKGROUND

The NE Enterprise schemes forming the basis of this action were contrived and carried out by associates-in-fact including Plaintiff's former attorney and business partner, George McLaughlin, notorious loan shark Raymond C. Green, indicted tax cheat Peter Spitalny, and former Gotspace principal Thomas Quinn, schemes which followed a common pattern: **(i)** Mr. Fiorillo, seeking to finance a real estate investment, was promised a loan on terms that were more favorable than those actually presented at the loan closing; **(ii)** if he complained, he was threatened with the loss of funding for the loan, with the attendant risk of losing a deposit or being sued by a seller, and possible foreclosure of other properties financed with the plaintiffs;

and **(iii)** repayment of the loans was virtually impossible, as the demand amounts provided by the plaintiffs, often significantly exceeded what was owed according to the loan documents, thereby creating loan-to-value ratios which prevented conventional refinancing.

Due to the continued and ongoing bad faith, unclean hands and fraud on the Massachusetts State and Federal Court Systems, being perpetrated by Defendants in this instant action and inextricably interrelated actions fraudulently filed as Plaintiffs against Nicholas Fiorillo and his Gotspace/Ocean Entities, this timely action was brought against individuals known to Defendant as the NE Edge Racketeering Group. This group and its associate-in-fact members, including but not limited to sham corporations, individuals and attorneys, are now defendants in the Federal case styled Gotspace Data v NE Edge.

Due to the complete lack of remedy, redress or recourse for Plaintiffs as pro se Defendants, protections and stays were secured under bankruptcy proceedings, to protect the assets of the positioning creditors from being "sold out from underneath" them, to an outside group. Specifically Prime Self Storage Group, an entity that has been conspiring with the NE Edge Defendants to usurp upwards of $180,000,000 in assets, of creditor Gotspace Management et al.

Protections are necessary at this juncture, due to the most recent pattern of predicate acts by Plaintiffs in this instant action, who are now defendants in the federal action Gotspace Data v. NE Edge et al., as well as their associates-in-fact, acts which defraud both the Court and class of creditors. Unauthorized and unlawful negotiations have been undertaken by Raymond Green, the Spitalny Plaintiffs, and related Defendant Attorneys, Mssrs. Nesgos, Brier, Peters, Mclaughlin and Welnicki, in conjunction with their clients, the NE Edge Defendants, to sell out from under Gotspace, assets of the petitioning creditors valued at at least $180,000,000, from the targeted self-storage properties Beverly and Gloucester, and the rest of the Gotspace Self Storage New England portfolio.

These patterned, predicate acts have been engaged in to unlawfully expropriate proceeds which are rightfully distributable to Gotspace. The NE Edge Group and their attorneys have been fraudulently misrepresenting their authority to engage in sale negotiations, which only Nicholas Fiorillo, as sole controlling manager of Gotspace Beverly, LLC and Gotspace Gloucester, LLC, has authority to engage in. It is Fiorillo who controls the supermajority of membership interest in these assets, and the annual gross revenues that exceed $3,000,000. Thus, in order to protect the interest of the petitioning creditors, proper action has been taken in the Bankruptcy Court.

Pro se Defendant Nicholas Fiorillo was put into the position of having to remove frivolous debt collection actions filed against him by some of the named defendants to Federal Court, based upon deprivation of his Constitutional, civil rights to due process under the law. Rights to a fair hearing free from bias, as well as immune to decree or judgment issued by a Court without jurisdiction, on grounds which go to the root of unauthorized exercise of jurisdiction. Any judgment issued by a court without jurisdiction is a nullity, its invalidity able to be established whenever it is sought to be enforced or acted upon, as well as cited as a foundation for a right to reverse such extrajurisdictional judgment at the stage of execution or in collateral proceedings.

The State court was ***irrefutably divested*** of jurisdiction of all actions removed by Plaintiff Nicholas Fiorillo, as of the date of filing of Notice of Removal. However, this did not stop the secret courts of Boston from launching a concerted, strategic paper hanging attack, and a pattern of filings seeking unlawful and suspect court orders, all of which were clearly unlawful. Some of these orders even appeared to be forged judicial orders, judgements and decisions, including but not limited to upwards of $10,000,000 in default judgements, and turnover of upwards of $100,000,000 in real estate in favor of the plaintiffs not only in this action but the interrelated actions, aka the "NE Edge Criminal Enterprise."

When "Judge Young" inexplicably issued a Remand Order in late December of 2022, after setting a Show Cause Hearing with then-Defendant Nicholas Fiorillo for mid-January of 2023, it was a foregone conclusion for all parties involved, that this aggrieved Defendant would immediately take the matter up on appeal and that accordingly, no rescript could issue. Lack of jurisdictional authority notwithstanding, counsel for one of the named defendants filed a "renewed" motion for prejudgment security, on December 28, 2022, a motion which Nicholas Fiorillo believes is sanctionable. With that motion was a [Proposed] Order on Plaintiff's Renewed Motion, which, on January 3, 2023, Suffolk Superior Court Judge Krupp ***inexplicably signed***, after the word "proposed" was crossed out along with the year 2022, with 2023 written in its place.

All of the extrajurisdictional orders were then promptly moved by Defendant to be vacated, orders which came down on or about the same date, 12/22/22, from the Suffolk Superior Secret Court. Some, possibly all of these orders were apparently not signed by the Judges presiding over these matters, but quite possibly by Clerk Steve Powers and his lower clerk accomplices, who continue their systemic gaming of the legal system, and forwarding of the criminal objectives of the Secret courts on behalf of the NE Edge principals, now defendants.

By way of Endorsement on Plaintiff's Motion filed January 31, 2023, in his own handwriting, Judge Krupp, on February 6, 2023 allowed the motion, notating that it was "without opposition." This was blatantly incorrect, in that as a pro se Defendant in a series of unlawful debt collection actions, Nicholas Fiorillo has diligently opposed all such taken by Plaintiffs now Defendants, and, like his appeal at Federal level, which are ongoing to this day, opposition here was a given. Defendant could not be expected to file an Opposition in State Superior Court, as jurisdiction remains with the Federal Court. Thus, the Order of the Suffolk Superior Court dated February 6, 2023, with a visually different signature of Judge Krupp than the one shown on the other extrajurisdictional order entered by that Court on January 3, 2023, is equally lacking in force and effect and as such, proper action has been taken to have these judgments vacated.

It was on that December, 2022 date, the same date when Defendant Nicholas Fiorillo was to be unlawfully arraigned and incarcerated over Christmas weekend no less, for an alleged assault and battery which never took place, but was instead a "frame up" by BPD Detective Michael Powers, stemming from a a June 6, 2022 botched BPD District 1 and Suffolk County DA Hayden's "Operation Schoolhouse," named for the profession of Defendant's wife, which landed the wife of defendant Nicholas Fiorillo in the ICU for 3 nights. She is now suffering for the rest of her life, with a compressed heart valve, and other serious life threatening medical conditions.

Upon each and every lawful and prudent removal of this and the related actions initiated by the NE Edge loan sharking group, attempts were made to usurp the $30,000,000,000 billion dollar plus, Gotspace Data development of the New England Data Corridor, and the motives behind NE Edge and the judicial officers of the Secret Court rendering aid, cannot be overstated. The duty of the State Court subsequent to removal to Federal Court, was to proceed no further, but instead hard stop and cease and desist any action, until and unless full adjudication, including full appeal to the Supreme Court if need be, which will surely expose the Secret Courts of Boston once and for all.

With regard to removals of civil actions to the Federal Court for cause, upon due notice, every order made thereafter in the Superior court, were rulings clearly clouded by the course of proceedings in Federal court. Accordingly, the judgments issued on January 3, 2023 and February 6, 2023, are now regarded as the product of a clear and transparent conspiracy with judicial officers, judges, and law enforcement, to upend this pro se litigant's constitutional rights to a free and fair hearing process, unlawfully jail him, almost murder his wife, and deprive him and his family of the protections of the United States Judicial System, free from the sinister Racketeering Conspiracy, to loan-to-own the Gotspace Data and Gotspace Self Storage Assets out from underneath its founder and CEO, Nicholas Fiorillo.

This is a clear act of treason and weaponization of the Secret Courts of Boston, working diligently with the Boston Police and certain SSC Judges and the Powers family, to forward the criminal objectives of the NE Edge Criminal Enterprise, now defendants in this instant action, Gotspasce Data v NE Edge, 2022cv12215, which Plaintiffs move for voluntary dismissal without condition and without prejudice, to take this matter outside of the reach of the secret courts.

The Suffolk Superior Court is currently confronted with a situation under which hearings have been conducted, absent subject matter jurisdiction, which have progressed significantly while Defendant continues to maintain these actions in Federal Court. That Court's endorsements and entry of default and other judgments were egregious, have no force and effect, and will remain that way until full adjudication at Federal level, exhausting of every appeal deemed necessary by this self-represented litigant, in his pursuit of justice. The weaponization of the Secret Courts is clear, and this presents extreme danger to this litigant and every other potentially similarly situated citizen of the United States.

Further it is clear that many such papers proffered by both Federal and State Courts are out right forgeries, fabricated documents signed by certain Clerks including Federal Clerks and Suffolk Superior Court Clerk Steve Powers. Both Judge Ricciuti and Judge Krupp, on numerous occasions from the bench, have outright stated with regard to multiple suspect orders from this and/or related cases: "This is not my signature," "I did not sign this order," "I do not conduct business this way," "I would have never ruled like this," and "I am befuddled at that order." The corruption at the Secret Courts is alive and running hog wild, and will stop at nothing absent the unlawful incarceration and financial ruin of this litigant.

As this and all related cases are based upon the false premise that monies were due, loans were in default for "non-payment", this is nothing more than draconian "loaning-to-own" a billion dollar technology company and its founder, by the NE Edge Racketeering Enterprise. It is abundantly clear that the Judicial Officers, Judges and Law Enforcement, will stop at nothing, continue to repeat their unlawful and sinister collection schemes and present their completely

and categorically false claims against the defendants, unless intervention by the Inspector General and Attorney General from another State, properly charges and prosecutes this criminal group, under RICO Section 18 USC, and sanctions them for their misrepresentations to the Court. Therefore, Plaintiffs properly notice this action for voluntary dismissal without prejudice.

Dated: March 30, 2023

Respectfully submitted,

/s/Nicholas Fiorillo

Nicholas Fiorillo
3 Kales Way
Harwich Port, MA 02646
metrowestrealty@yahoo.com